(Official Form 1) (12/03)                                                    11 0 12 065

| FORM B1 | **United States Bankruptcy Court**<br>**Western District of New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**KRESSE, PETER A.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**INDIVIDUALLY AND AS SOLE SHAREHOLDER OF PETE<br>KRESSE AUTO SALES INC.** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-4258** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**6470 BARTZ ROAD<br>Lockport, NY 14094** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Niagara** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address):<br>*04-11789* |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) | |
|---|---|---|---|
| ■ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply) | |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**KRESSE, PETER A.** | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Signature of Debtor_ **PETER A. KRESSE**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_2/13/04_
Date

X _Signature of Attorney_
Signature of Attorney for Debtor(s)
**MORRIS L. HORWITZ**
Printed Name of Attorney for Debtor(s)
**Horwitz, Frankel & Ilecki**
Firm Name
**2696 Sheridan Drive**
**Tonawanda, 14150**

Address
**716-838-4300  Fax: 716-332-2440**
Telephone Number
_16 MARCH 2004_
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _signature_  _16 MARCH 2004_
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of New York

In re  **PETER A. KRESSE**

_____, 
Debtor

Case No. _____

Chapter _____ **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 90,000.00 | | |
| B - Personal Property | Yes | 3 | 1,250.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 80,200.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 10,427.98 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 270,272.77 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,623.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| Total Assets | | | 91,250.00 | | |
| Total Liabilities | | | | 360,900.75 | |

In re    **PETER A. KRESSE**                                    Case No. _____
_____,
                           Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **6470 BARTZ ROAD, LOCKPORT, NEW YORK** | **FEE SIMPLE ABSOLUTE** | **H** | **90,000.00** | **80,200.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **90,000.00** | (Total of this page) |
| Total > | **90,000.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re  **PETER A. KRESSE**                                   Case No. _____

_____
Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | NORMAL AND USUAL AT RESIDENCE | H | 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | MISCELLANEOUS BOOKS, RECORDS, CD'S | H | 250.00 |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  | Sub-Total >  (Total of this page) | 1,250.00 |
|---|---|---|

__2__   continuation sheets attached to the Schedule of Personal Property

In re   **PETER A. KRESSE**                                                    Case No. _____

,

Debtor

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **PART OWNER OF "PETE KRESSE AND RICK STROEHLEIN AUTO SALES LLC" OWNS REAL PROPERTY AT 6509 TRANSIT ROAD, LOCKPORT, NY SUBJECT TO M&T MORTGAGES; RAL PROPERTY HAS UNKNOWN VALUE** | H | Unknown |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re  **PETER A. KRESSE**                                            Case No. _____
                                    ,
                              Debtor

## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

Sub-Total >                              0.00
(Total of this page)

Total >                              1,250.00

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **PETER A. KRESSE**                          Case No. _____

                                   Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*

☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

☑ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **6470 BARTZ ROAD, LOCKPORT, NEW YORK** | **NYCPLR § 5206(a)** | **9,800.00** | **90,000.00** |
| **Household Goods and Furnishings** | | | |
| **NORMAL AND USUAL AT RESIDENCE** | **NYCPLR § 5205(a)(5)** | **1,000.00** | **1,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **MISCELLANEOUS BOOKS, RECORDS, CD'S** | **NYCPLR § 5205(a)** | **250.00** | **250.00** |

_____0_____ continuation sheets attached to Schedule of Property Claimed as Exempt

Form B6D
(12/03)

In re   **PETER A. KRESSE**                                                Case No. _____
                                    ───────────────────
                                           Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 005906030 **COUNTRYWIDE HOME LOANS POB 660694 DALLAS, TX 75268** | | H | 8/2002 1st mortgage 6470 BARTZ ROAD, LOCKPORT, NEW YORK Value $ 90,000.00 | | | | 80,200.00 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

__0__  continuation sheets attached

Subtotal (Total of this page) **80,200.00**

Total (Report on Summary of Schedules) **80,200.00**

Form B6E
(12/03)

In re    **PETER A. KRESSE**                                     ,       Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,650* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,100* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____1____ continuation sheets attached

In re  **PETER A. KRESSE**                                    Case No. _____
_____
                              Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **81-22327 5**<br><br>**NEW YORK STATE DEPT. LABOR UI DIVISION GPO POB 27435 New York, NY 10087-7435** | | - | **2003**<br><br>**SURCHARGE CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 31.95 | 31.95 |
| Account No.<br><br>**New York State Dept. of Tax and Fin Bankruptcy Unit POB 5300 Albany, NY 12205-0300** | | - | **3rd quarter sales tax**<br><br>**tax on vehicles sold: estimated final CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 8,000.00 | 8,000.00 |
| Account No. **B1292585-5**<br><br>**STATE INSURANCE FUND WORKER'S COMPENSATION POB 4788 Syracuse, NY 13221-4788** | | - | **2003**<br><br>**PREMIUMS/ CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 2,396.03 | 2,396.03 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 10,427.98 |
| Total (Report on Summary of Schedules) | | 10,427.98 |

In re    **PETER A. KRESSE** _____,    Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. **01640429283024** <br><br> **ADELPHIA** <br> **POB 371449** <br> **Pittsburgh, PA 15250** | - | | | **2003** <br> **SERVICES /CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | **61.95** |
| Account No. **6473701600123762** <br><br> **ADVANCE COMMERCIAL CHARGE ACCOUNT** <br> **POB 84027** <br> **Columbus, GA 31908-4027** | - | | | **2003** <br> **CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | **52.45** |
| Account No. <br><br> **ANDREW L. KRESSE** <br> **35 W. 92ND STREET** <br> **APT 11E** <br> **New York, NY 10025** | - | | | **4/2003** <br> **LOAN FOR PAYMENT OF TAXES AND BANKRUPTCY FEES/EXPENSES** | | | | **19,288.94** |
| Account No. <br><br> **Automotive Finance Corporation** <br> **12200 Main Street** <br> **Akron, NY 14001** | - | | | **2003** <br> **purchase/finance auto inventory/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | **900.00** |
| __9__   continuation sheets attached | | | | Subtotal <br> (Total of this page) | | | | **20,303.34** |

In re     **PETER A. KRESSE**                                                    Case No. _____
                                         ,
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 6035303302236686<br><br>AZ COMMERCIAL<br>POB 9040<br>Des Moines, IA 50368-9040 | | - | | | 2003<br>CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY | | | | 243.43 |
| Account No. 23829<br><br>BUFFALO EXTERMINATING CO. INC.<br>3636 NORTH BUFFALO ROAD<br>Orchard Park, NY 14127 | | H | | | 6/2003<br>SERVICES | | | | 120.00 |
| Account No. KR0158<br><br>BUFFALO NEWS<br>POB 100<br>Buffalo, NY 14240 | | - | | | 2003<br>CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY | | | | 405.72 |
| Account No. BUF460674<br><br>CARQUEST<br>POB 503628<br>Saint Louis, MO 63150-3628 | | - | | | 2003<br>PURCHASES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY | | | | 7,167.19 |
| Account No. 1745<br><br>CARR DISTRIBUTORS<br>POB 361<br>Buffalo, NY 14221 | | - | | | 2003<br>CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY | | | | 77.17 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,013.51

In re    **PETER A. KRESSE**                                          Case No. _____

_____
                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H | W J | C | | | | | |
| Account No. 3021901<br><br>**CHOICE ONE**<br>**POB 1927**<br>**Albany, NY 12201-1927** | - | | | | **2003**<br>**SERVICES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 324.28 |
| Account No. 681140589<br><br>**CINGULAR**<br>**POB 17496**<br>**Baltimore, MD 21297-1496** | - | | | | **2003**<br>**CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 122.13 |
| Account No. 782-03473<br><br>**CINTAS**<br>**5740 GENESEE STREET**<br>**Lancaster, NY 14086-9734** | - | | | | **2003**<br>**CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 112.00 |
| Account No.<br><br>**DAVID BURGHARDT**<br>**8694 LAPP ROAD**<br>**Clarence Center, NY 14032** | - | | | | **LANDSCAPE SERVICES** | | | | 593.00 |
| Account No. 1023<br><br>**DELICATE DETAILS**<br>**2601 LOCKPORT ROAD**<br>**Niagara Falls, NY 14301** | - | | | | **2003**<br>**SERVICES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 350.00 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 1,501.41 |
| --- | --- | --- |

In re    **PETER A. KRESSE**               Case No. _____

                               Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **59700**<br><br>**EXPRESS TIRE DELIVERY**<br>**3570 BROADWAY**<br>**Buffalo, NY 14227** | - | | **2003**<br>**CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 374.53 |
| Account No. **2345-1690-6**<br><br>**FEDEX**<br>**POB 371461**<br>**Pittsburgh, PA 15250-7461** | - | | **2003**<br>**SERVICES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 14.21 |
| Account No. **4366-1500-0237-5353**<br><br>**GE SELECT**<br>**POB 8650**<br>**Wilmington, DE 19899-8650** | - | | **2003**<br>**CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 36,495.00 |
| Account No. **01906832**<br><br>**GENUINE PARTS CO. BUFFALO**<br>**POB 409043**<br>**Atlanta, GA 30384-9043** | - | | **2003**<br>**CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 1,101.67 |
| Account No.<br><br>**GLEN CAMPBELL CHEVROLET**<br>**8040 TRANSIT ROAD**<br>**Buffalo, NY 14221** | - | | **2002-2003**<br>**PURCHASE OF VEHICLES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 31,000.00 |

Sheet no. __3__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal       | **68,985.41**
(Total of this page)

Form B6F - Cont.
(12/03)

In re    **PETER A. KRESSE**                                    , Case No. _____

                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. 22037137<br><br>**HEINRICH CHEVROLET**<br>**5775 SOUTH TRANSIT ROAD**<br>**POB 556**<br>**Lockport, NY 14095** | | - | | **2003**<br>**SERVICE CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 655.30 |
| Account No.<br><br>**HERITAGE MOTORS**<br>**6200 RT. 96**<br>**FARMINGTON, NY** | | - | | **2002-2003**<br>**PURCHASE OF VEHICLES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 1.00 |
| Account No.<br><br>**JOSEPH E. RIZZO**<br>**44 INDEPENDENCE DRIVE**<br>**Lockport, NY 14094** | | | | **1/2002**<br>**loan/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 28,200.00 |
| Account No. 4661, 5006<br><br>**LARRY LIGARZEWSKI**<br>**2448 UNION ROAD**<br>**Buffalo, NY 14227** | | - | | **2003**<br>**PURCHASES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 62.99 |
| Account No.<br><br>**LENHART, WAYNE & CINDY**<br>**5000 TONAWANDA CREEK ROAD**<br>**North Tonawanda, NY 14120** | | - | | **12/2002**<br>**JUDGMENT** | | | | 439.00 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           29,358.29

In re   **PETER A. KRESSE**                  Case No. _____

                                       Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **35350.00** <br><br> **LOOMIS-ROOT INC.** <br> **135 PINEVIEW DRIVE** <br> **Buffalo, NY 14228** | | - | **2002** <br> **EQUIPMENT/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 3,500.00 |
| Account No. **4264-2978-4137-7349** <br><br> **M&T BANK** <br> **BANKCARD SERVICES** <br> **POB 15137** <br> **Wilmington, DE 19886-5137** | | - | **2002-2003** <br> **CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 20,130.00 |
| Account No. **4258-3445-0001-4223** <br><br> **M&T BANK** <br> **POB 90** <br> **Buffalo, NY 14240** | | - | **CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 4,917.44 |
| Account No. **4258-3445-0012-1556** <br><br> **M&T BANK** <br> **POB 90** <br> **Buffalo, NY 14240** | | - | **2003** <br> **CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 4,315.42 |
| Account No. **4258-3345-0001-3044** <br><br> **M&T BANK** <br> **POB 90** <br> **Buffalo, NY 14240** | | - | **2003** <br> **CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 56,187.46 |

Sheet no. __**5**__ of __**9**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal        89,050.32
(Total of this page)

In re  **PETER A. KRESSE**                                   Case No. _____

_____
                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 69-1962000-0<br><br>**M&T BANK<br>POB 1302<br>Buffalo, NY 14240-1302** | | - | **2003<br>CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 1,000.00 |
| Account No. 10000161258920001<br><br>**M&T BANK<br>POB 767<br>Buffalo, NY 14240** | | | **2003<br>CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 16,173.63 |
| Account No. 69503550001<br><br>**M&T BANK<br>POB 767<br>Buffalo, NY 14240** | | | **6/03<br>LOAN/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 19,600.00 |
| Account No.<br><br>**M&T BANK<br>POB 188<br>Buffalo, NY 14240** | | - | **2002<br>LINE OF CREDIT** | | | | 1,048.00 |
| Account No. 87989<br><br>**MANHEIM AUCTIONS<br>21095 RT. 19<br>Cranberry Twp, PA 16066** | | - | **2003<br>SERVICES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 80.00 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                        37,901.63

In re    **PETER A. KRESSE**                   Case No. _____

                               Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6259700-1103**<br><br>**METRO COMMUNITY NEWS**<br>**POB 211**<br>**Buffalo, NY 14225** | | - | **2003**<br>**CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 296.18 |
| Account No. **220-3674**<br><br>**MIKE SMITH BUICK PONTIAC INC.**<br>**6014 SOUTH TRANSIT ROAD**<br>**Lockport, NY 14094** | | - | **2003**<br>**CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 52.49 |
| Account No. **22140.00**<br><br>**MODERN RECYCLING INC.**<br>**POB 209**<br>**Model City, NY 14107-0209** | | - | **2003**<br>**CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 140.52 |
| Account No.<br><br>**MULLANE MOTORS INC.**<br>**6200 SOUTH TRANSIT ROAD**<br>**Lockport, NY 14094** | | - | **2003**<br>**CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 855.00 |
| Account No. **4107, 4107.1, 4107.6**<br><br>**RENALDO & MYERS, P.C.**<br>**300 ESSJAY ROAD**<br>**SUITE 200**<br>**Buffalo, NY 14221** | | - | **2001**<br>**LEGAL SERVICES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 1,500.00 |

Sheet no. __7__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     2,844.19

In re    **PETER A. KRESSE**                  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 590-00R<br><br>**RICHARD GORDON, ESQ.**<br>**309 LINCOLN PARKWAY**<br>**Buffalo, NY 14216** | - | | **2002**<br>**SERVICES** | | | | 1,572.80 |
| Account No.<br><br>**Scott Dabb**<br>**116 Central Blvd.**<br>**Buffalo, NY 14225** | - | | **2002**<br>**loan/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 8,000.00 |
| Account No. 527<br><br>**TARGET MEDIA PUBLICATIONS INC.**<br>**739 ENGLEWOOD AVENUE**<br>**Buffalo, NY 14223** | | | **2003**<br>**CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 165.00 |
| Account No. 80260<br><br>**TRANSITOWNE DODGE**<br>**7408 TRANSIT ROAD**<br>**Buffalo, NY 14221** | - | | **2003**<br>**CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 147.25 |
| Account No. 1004695804<br><br>**VERIZON**<br>**POB 64809**<br>**Baltimore, MD 21264-4809** | - | | **2003**<br>**CHARGES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY** | | | | 100.00 |

Sheet no. __8__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      9,985.05

In re  **PETER A. KRESSE**

Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 87842636869Y<br><br>VERIZON<br>POB 15026<br>Albany, NY 12212-5026 | - | | 2003<br>SERVICES/CORPORATE DEBT LISTED IN THE EVENT OF PERSONAL LIABILITY | | | | 18.62 |
| Account No.<br><br>WINDHAM PROFESSIONALS<br>NEW YORK STATE INSURANCE FUND<br>382 MAIN STREET<br>Salem, NH 03079 | - | | 2003 | | | | 2,311.00 |
| Account No.<br><br> | | | | | | | |
| Account No.<br><br> | | | | | | | |
| Account No.<br><br> | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 2,329.62 |
| | Total<br>(Report on Summary of Schedules) | 270,272.77 |

In re    **PETER A. KRESSE** _____    Case No. _____
                          Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
       schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

____0____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **PETER A. KRESSE**                         ,     Case No. _____

Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| | |

_0_   continuation sheets attached to Schedule of Codebtors

In re    **PETER A. KRESSE**                                                                    , Case No. _____

Debtor

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP<br>**Daughter** | AGE<br>**5** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | **UNEMPLOYED** | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ N/A |
| Estimated monthly overtime . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| SUBTOTAL | $ 0.00 | $ N/A |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| b. Insurance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| c. Union dues . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| d. Other (Specify)_____ . . . . . . . | $ 0.00 | $ N/A |
| _____ . . . . . . . | $ 0.00 | $ N/A |
| SUBTOTAL OF PAYROLL DEDUCTIONS . . . . . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| TOTAL NET MONTHLY TAKE HOME PAY . . . . . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| Regular income from operation of business or profession or farm (attach detailed statement) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| Income from real property . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| Interest and dividends . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| Social security or other government assistance (Specify) _____ . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| _____ . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| Pension or retirement income . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| Other monthly income (Specify) _____ . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| _____ . . . . . . . . . . . . . | $ 0.00 | $ N/A |
| TOTAL MONTHLY INCOME | $ 0.00 | $ N/A |

TOTAL COMBINED MONTHLY INCOME        $ 0.00                    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: **DEBTOR CEASED BUSINESS OPERATIONS SUMMER 2003**

In re  **PETER A. KRESSE**                                                    , Case No. _____
_____
                                    Debtor

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) . . . . . . . . . . . . . . . . . . . . . . . $ | 978.00 |
| Are real estate taxes included?      Yes___X___    No_____ | |
| Is property insurance included?      Yes___X___    No_____ | |
| Utilities: Electricity and heating fuel . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|      Water and sewer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 35.00 |
|      Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 50.00 |
|      Other_____ . . . . . . . $ | 0.00 |
| Home maintenance (repairs and upkeep) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 50.00 |
| Food . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 400.00 |
| Clothing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 50.00 |
| Laundry and dry cleaning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 10.00 |
| Medical and dental expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 50.00 |
| Transportation (not including car payments) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|      Homeowner's or renter's . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|      Life . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|      Health . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|      Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|      Other_____ . . . . . . . $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|      (Specify)_____ . . . . . . . $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | |
|      Auto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
|      Other_____ . . . . . . . $ | 0.00 |
|      Other_____ . . . . . . . $ | 0.00 |
|      Other_____ . . . . . . . $ | 0.00 |
| Alimony, maintenance, and support paid to others . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | 0.00 |
| Payments for support of additional dependents not living at your home . . . . . . . . . . . . . . . . . . . . $ | 2,000.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) . . . . . . . $ | 0.00 |
| Other__**UNKNOWN AMOUNTS FOR DAIUGHTER'S DAYCARE, INS. & MEDICAL**__ . . . . . . . $ | 0.00 |
| Other_____ . . . . . . . $ | 0.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) . . . . . . . . . . . . . . . . . . $ | 3,623.00 |

**[FOR CHAPTER 12 AND 13 DEBTORS ONLY]**
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | **N/A** |
| B. Total projected monthly expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | **N/A** |
| C. Excess income (A minus B) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | **N/A** |
| D. Total amount to be paid into plan each _____ . . . . . . . $ | **N/A** |
|                           (interval) | |

# United States Bankruptcy Court
## Western District of New York

In re   **PETER A. KRESSE**                       Case No. _____

                                       Debtor(s)         Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __1__ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **2/13/04** _____           Signature ✗ _____

                                                              **PETER A. KRESSE**
                                                              Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

# United States Bankruptcy Court

## Western District of New York

In re    **PETER A. KRESSE** _____

                     Debtor(s)

Case No. _____

Chapter   **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

#### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$16,005.00** | **2002 PETER KRESSE AUTO SALES INC.** |
| **$0.00** | **2003** |
| **$0.00** | **2004** |

#### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,240.00** | **2002 NYS UNEMPLOYMENT INSURANCE** |

### 3. Payments to creditors

None ☐   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **COUNTRYWIDE HOME LOANS** POB 660694 DALLAS, TX 75268 | **MONTHLY** | **$953.18** | **$0.00** |

None ■   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **BURGHARDT VS. KRESSE** | **COLLECTION** | **TOWN OF LOCKPORT** | **JUDGMENT GRANTED** |
| **LENHART VS. KRESSE** | **COLLECTION** | **TOWN OF LOCKPORT** | **JUDGMENT GRANTED** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Automotive Finance Corporation** 12200 Main Street Akron, NY 14001 | 9/2/2003 | **INVENTORY OF 4 VEHICLES RETURNED AND SOLD BY AFC** |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Horwitz, Frankel & Ilecki**<br>**2696 Sheridan Drive**<br>**Tonawanda, NY 14150** | **SEE 2016 STATEMENT OF COUNSEL** | |

### 10. Other transfers

None ■ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **M&T BANK - EASTERN HILLS** | **CHECKING (2); BALANCES $0.00, $500.00** | |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
☐

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **104 OLD MEADOW, EAST AMHERST, NY 14051** | **PETER A. KRESSE** | **12/5/01-5/1/02** |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**None**
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

**None**
☐ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| PETE KRESSE & RICK STROEHLEIN AUTO SALES | 161585570 | 6509 TRANSIT ROAD Lockport, NY 14094 | OWNS REAL ESTATE AT SAID ADDRESS; CURRENTLY LEASED | 5/2000- |
| PETER KRESSE AUTO SALES INC. | 161474656 | 6509 TRANSIT ROAD Lockport, NY 14094 | USED AUTO SALES | 10/1994-8/2003 |

**None**
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■  a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date __2/13/04__        Signature _____

                                      **PETER A. KRESSE**
                                      Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
## Western District of New York

In re   **PETER A. KRESSE**
_____
                             Debtor(s)

Case No. _____

Chapter   **7**  _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

I intend to reaffirm on the debt to Countrywide Home Loans secured by 6470 Bartz Road, Lockport, NY pursuant to 11 USC 524.

Date  **2/13/04** _____

Signature  ✗ _____

                    **PETER A. KRESSE**
                    Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re  **PETER A. KRESSE**

Debtor(s)

Case No. 

Chapter  **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,000.00 |
| Prior to the filing of this statement I have received | $ | 1,000.00 |
| Balance Due | $ | 0.00 |

2.  $ **209.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor  ■ Other (specify):  **family**

4.  The source of compensation to be paid to me is:

    ■ Debtor  ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    b.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **3|16|04**

MORRIS L. HORWITZ
Horwitz, Frankel & Ilecki
2696 Sheridan Drive
Tonawanda, 14150
716-838-4300  Fax: 716-332-2440

In re   **PETER A. KRESSE**

Case No. _____

_____
Debtor(s)

Chapter   **7**   _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: _2/13/04_____

X _____
**PETER A. KRESSE**
Signature of Debtor

ADELPHIA
POB 371449
Pittsburgh, PA 15250


ADVANCE COMMERCIAL CHARGE ACCOUNT
POB 84027
Columbus, GA 31908-4027


ANDREW L. KRESSE
35 W. 92ND STREET
APT 11E
New York, NY 10025


Automotive Finance Corporation
12200 Main Street
Akron, NY 14001


AZ COMMERCIAL
POB 9040
Des Moines, IA 50368-9040


BUFFALO EXTERMINATING CO. INC.
3636 NORTH BUFFALO ROAD
Orchard Park, NY 14127


BUFFALO NEWS
POB 100
Buffalo, NY 14240


CARQUEST
POB 503628
Saint Louis, MO 63150-3628


CARR DISTRIBUTORS
POB 361
Buffalo, NY 14221


CHOICE ONE
POB 1927
Albany, NY 12201-1927


CINGULAR
POB 17496
Baltimore, MD 21297-1496

CINTAS
5740 GENESEE STREET
Lancaster, NY 14086-9734


COUNTRYWIDE HOME LOANS
POB 660694
DALLAS, TX 75268


DAVID BURGHARDT
8694 LAPP ROAD
Clarence Center, NY 14032


DELICATE DETAILS
2601 LOCKPORT ROAD
Niagara Falls, NY 14301


EXPRESS TIRE DELIVERY
3570 BROADWAY
Buffalo, NY 14227


FEDEX
POB 371461
Pittsburgh, PA 15250-7461


GALE E. RIZZO
44 INDEPENDENCE DRIVE
Lockport, NY 14094


GE SELECT
POB 8650
Wilmington, DE 19899-8650


GENUINE PARTS CO. BUFFALO
POB 409043
Atlanta, GA 30384-9043


GLEN CAMPBELL CHEVROLET
8040 TRANSIT ROAD
Buffalo, NY 14221


HEINRICH CHEVROLET
5775 SOUTH TRANSIT ROAD
POB 556
Lockport, NY 14095

METRO COMMUNITY NEWS
POB 211
Buffalo, NY 14225


MIKE SMITH BUICK PONTIAC INC.
6014 SOUTH TRANSIT ROAD
Lockport, NY 14094


MODERN RECYCLING INC.
POB 209
Model City, NY 14107-0209


MULLANE MOTORS INC.
6200 SOUTH TRANSIT ROAD
Lockport, NY 14094


NEW YORK STATE DEPT. LABOR
UI DIVISION GPO
POB 27435
New York, NY 10087-7435


New York State Dept. of Tax and Fin
Bankruptcy Unit
POB 5300
Albany, NY 12205-0300


PETER KRESSE
6470 BARTZ ROAD
Lockport, NY 14094


RENALDO & MYERS, P.C.
300 ESSJAY ROAD
SUITE 200
Buffalo, NY 14221


RICHARD GORDON, ESQ.
309 LINCOLN PARKWAY
Buffalo, NY 14216


Scott Dabb
116 Central Blvd.
Buffalo, NY 14225

STATE INSURANCE FUND
WORKER'S COMPENSATION
POB 4788
Syracuse, NY 13221-4788


TARGET MEDIA PUBLICATIONS INC.
739 ENGLEWOOD AVENUE
Buffalo, NY 14223


TRANSITOWNE DODGE
7408 TRANSIT ROAD
Buffalo, NY 14221


VERIZON
POB 64809
Baltimore, MD 21264-4809


VERIZON
POB 15026
Albany, NY 12212-5026


WINDHAM PROFESSIONALS
NEW YORK STATE INSURANCE FUND
382 MAIN STREET
Salem, NH 03079